## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT MICHIGAN

MALIBU MEDIA, LLC,      )

        )

      Plaintiff,     )    Civil Action Case No. 1:18-cv-01385-RJJ

        )

v.        )

        )

JOHN DOE subscriber assigned IP address    )

73.209.178.199,     )

        )

      Defendant.    )

_____)

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 73.209.178.199.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 7, 2019    Respectfully submitted,

By:    /s/ *Joel A. Bernier*
    Joel A. Bernier, Esq. (P74226)
    49139 Schoenherr Road
    Shelby Township, MI 48315
    Tel: (586) 991-7611
    Fax: (586) 991-7612
    Email: Bbclawgroup@gmail.com
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Joel A. Bernier*